UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Debra S. Stoddard,                                          Civil 09-1655 PJS/FLN

        Plaintiff,

        v.                                          O R D E R

Michael J. Astrue, Commissioner
of Social Security,

        Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated August 6, 2010, all the files and

records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.     Plaintiff's Motion for Summary Judgment (#13) **is GRANTED IN PART**

      **AND DENIED IN PART**;

2.     Defendant's Motion for Voluntary Remand (#23) **is GRANTED**;

3.     This case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g)
      for further proceedings consistent with this decision;

4.     The case is **DISMISSED WITH PREJUDICE.**

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: _____08/24___, 2010.      s/Patrick J. Schiltz_____
                               Patrick J. Schiltz
                               United States District Judge